## Dulaney *v.* Penn Central Transportation Company, Appellant.

Argued October 1, 1970. Before BELL, C. J., JONES, EAGEN, O'BRIEN and POMEROY, JJ.

*Aloysius F. Mahler,* for appellant.

*Clyde T. MacVay,* with him *Evans, Ivory & Evans,* for appellee.

OPINION PER CURIAM, January 7, 1971:
Judgment affirmed.
Mr. Justice COHEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.